The State ex rel. Rosso, Appellant, *v.* Industrial Commission of Ohio et al., Appellees.

[Cite as *State ex rel. Rosso v. Indus. Comm.* (2000), 88 Ohio St.3d 230.]

(No. 99–1150—Submitted February 8, 2000—Decided March 22, 2000.)

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cecille Caluya Harris,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Thompson, Hine & Flory, L.L.P.,* and *J. Kent Breslin,* for appellee Geon Company, f.k.a. B.F. Goodrich Company.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.